**Si SOUNDONE, Petitioner,**

v.

**John ASHCROFT, U.S. Attorney General, Respondent.**

No. 03–60697.
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Sept. 30, 2004.

Malvern Clopton Burnett, LAw Office of Malvern C. Burnett, New Orleans, LA, for Petitioner.

Thomas Ward Hussey, Director, Barbara C. Biddle, Sandra Wien Simon, Washington, DC, Caryl G. Thompson, New Orleans, LA, for Respondent.

John Ashcroft, Washington, DC, pro se.

Before JOLLY, HIGGINBOTHAM, and PICKERING, Circuit Judges.

PER CURIAM: *

Si Soundone, a native and citizen of Laos, petitions this court for review of the Board of Immigration Appeals' (BIA) decision denying his application for asylum and withholding of deportation. In rejecting Soundone's appeal, the BIA adopted the Immigration Judge's (IJ) findings that Soundone lacked credibility. We hold that the IJ's credibility findings were reason-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

able and supported by substantial evidence. *See Chun v. INS*, 40 F.3d 76, 79 (5th Cir.1994). Accordingly, Soundone's petition for review is DENIED.